E-FILED
Wednesday, 08 June, 2016 02:36:29 PM
Clerk, U.S. District Court, ILCD

SEALED

FILED
JUN - 8 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16-CR-20043 |
| | ) | |
| vs. | ) | Title 21, United States Code, |
| | ) | Sections 846, 841(a)(1) and (b)(1)(C); |
| JAMES ATWOOD, | ) | Title 18, United States Code, |
| JESSIE DORSETT, and | ) | Section 2; |
| JOVAN SAULSBERRY, | ) | Title 21, United States Code, |
| | ) | Section 843(b) |
| Defendants. | ) | |

INDICTMENT

**COUNT 1**
**(Conspiracy to Distribute Cocaine)**

**THE GRAND JURY CHARGES:**

Beginning on an unknown date but not later than on or about November 5, 2014, and continuing to an unknown date but not earlier than on or about February 3, 2015, in Kankakee County, in the Central District of Illinois,

**JAMES ATWOOD, JESSIE DORSETT, and JOVAN SAULSBERRY,**

defendants herein, knowingly and intentionally conspired and agreed with each other and with other persons known and unknown to distribute mixtures or substances containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C).

**COUNT 2**
**(Distribution of Cocaine)**

**THE GRAND JURY CHARGES:**

On or about January 22, 2015, in Kankakee County, in the Central District of Illinois,

**JAMES ATWOOD, JESSIE DORSETT, and JOVAN SAULSBERRY,**

defendants herein, aided and abetted by each other, knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C); and Title 18, United States Code, Section 2.

**COUNT 3**
**(Use of a Communication Facility to Facilitate a Drug Transaction)**

**THE GRAND JURY CHARGES:**

On or about January 22, 2015, in Kankakee County, in the Central District of Illinois,

**JAMES ATWOOD,**

defendant herein, knowingly and intentionally used a communication facility, that is, a cellular telephone, in causing and facilitating the commission of a felony violation of Title 21, United States Code, Section 841(a)(1), that is, distribution of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 843(b).

**COUNT 4**
**(Distribution of Cocaine)**

**THE GRAND JURY CHARGES:**

On or about February 3, 2015, in Kankakee County, in the Central District of Illinois,

**JOVAN SAULSBERRY,**

defendant herein, knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL.

s/Foreperson

FOREPERSON

s/John Childress

JAMES A. LEWIS
United States Attorney
BDF