2:16-cr-20043-SLD-TSH # 204
E-FILED
Monday, 28 February, 2022 02:07:14 PM
Clerk, U.S. District Court, ILCD

16-20043

FILED
FEB 28 2022
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Honorable Judge Sara Darrow 2-23-22

I would like to point out to the Court before they hear MR Drysdales Motion, that last time I filed Compassionate release the Goverment said I did Not Show extraordinary and Campelling circumstances. I want to point out that MR Drysdale did Not get my Medical records from the Prison to Show all my Medical Conditions. I am vaccinated but the Vaccine does not prevent me from catching Covid. Nor does it prevent Me from dying from my Medical Conditions if I catch Covid.

I am at a prison Camp now & this place does not offer any apprenticship programs. Since I have hardware in my leg & have to wear soft shoes the only Job I Can get in here is taking the garbage out. I am taking a drug Class & a Money Smart Class but do to Covid we barely go. Their is No Prison reform here. Keeping me here for the remaineder of my Sentence is doing nothing. I Could be out their working & Supporting My Kids. I learned My lesson on My own & Serving the rest of this time in here defeats your purpose of any type of prison reform. I understand that is what your purpose was, is for me to go to

Prison $ get help. That is not happening here. no one is aware of the lack of education $ Programs. The BOP does not tell these Judges how their prison reform is a fail. no one Cares to talk to the inmates and ask what is really going on.

I Can not help my Mother anymore because she passed away from Covid since the last time I filed. But my kids need my support $ me doing the remainder of my sentence is not helping them or me.

I am just asking the Court to Consider these issues before ruling on MR Drysdales Motion.

please $ thank you

James Atwood #21655-026

James Atwood #21655-026
Federal Correctional Institution
La tuna
PO Box 8000
Anthony, NM 88021

EL PASO TX 798
RIO GRANDE DISTRICT
24 FEB 2022 PM 2 L

FOREVER / USA

Office of the Clerk
Honorable Judge Sara Darrow
322 16th St Suite 200A
Rock Island, IL 61201

61201-862622